[No. 9050.     Department One.     January 6, 1911.]

F. A. McDonald *et al.*, *Appellants*, v. The City of Seattle *et al.*, *Respondents.*[1]

Appeal from a judgment of the superior court for King county, Frater, J., entered May 2, 1910. Affirmed.

*Carkeek & McDonald*, for appellants.

*Scott Calhoun, James E. Bradford, O. B. Thorgrimson*, and *Leander T. Turner*, for respondents.

Per Curiam.—This case is governed by the decision in No. 8989, *Levy v. Seattle, ante* p. 540, 112 Pac. 639, and must be affirmed for the reasons there stated.

[1]Reported in 112 Pac. 641.